

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES DUNN, LACQUAN BERKLEY, LUIS GARCIA, DEJOUR NESMITH, GILBERT CARRION, TYRELL ESCOBAR, SAMUEL DENIS, JOSE CORNEJO and DEVIN HOYT; individually and on behalf of all similarly situated individuals,

Plaintiffs,

-against-

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, COMMISSIONER DANIEL F. MARTUSCELLO III, in his official capacity, SUPERINTENDENT BENNIE THORPE, in his official capacity, NEW YORK STATE OFFICE OF MENTAL HEALTH, COMMISSIONER ANN MARIE T. SULLIVAN, in her official capacity, RMHU UNIT CHIEF VINCENT LORUSSO, in his official capacity, Governor KATHY HOCHUL, in her official capacity, and THE STATE OF NEW YORK,

Defendants.

Civil Case No. 9:25-cv-1242 MAD/DJS

NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of law in Support of Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order, supporting Attorney Affidavit of Megan Drum, Esq., supporting Plaintiff Affidavits, and related exhibits;

Plaintiffs James Dunn, Lacquan Berkley, Luis Garcia, Dejour Nesmith, Gilbert Carrion, Jose Cornejo, Tyrell Escobar, Samuel Denis, and Devin Hoyt (collectively "Plaintiffs") on behalf of themselves and all others similarly situated, by and through undersigned counsel, hereby move this Honorable Court for a Temporary Restraining Order and Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 to prevent irreparable injury to Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request an oral argument or hearing be scheduled on their Motion for Preliminary Injunction. The facts associated with this complaint and the motion are constantly evolving, and Plaintiffs anticipate the need to advise the court of recently occurring events.

Dated: September 8, 2025

Rensselaer, New York

By: *Megan Drum*

Megan Drum, Esq.
Molly Paris, Esq.
Jessica Richwalder, Esq.

DISABILITY RIGHTS NEW YORK
Attorneys for Plaintiffs
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
Phone: 518-432-7861

Andrew Stecker, Esq.
Hallie Mitnick, Esq.
Marina Jerry, Esq.
Sara Jensen, Esq.

PRISONERS LEGAL SERVICES
Attorneys for Plaintiffs
41 State Street, Ste M112
Albany, NY 12207
Phone: 518-438-8046