UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DUNN, LACQUAN BERKLEY, LUIS GARCIA, DEJOUR NESMITH, GILBERT CARRION, TYRELL ESCOBAR, SAMUEL DENIS, JOSE CORNEJO and DEVIN HOYT; individually and on behalf of all similarly situated individuals, | Civil Case No.    9:25-cv-1242 |
| | **AFFIRMATION OF ATTORNEY MEGAN DRUM** |
| Plaintiffs, | |
| -against- | |
| NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, COMMISSIONER DANIEL F. MARTUSCELLO III, in his official capacity, SUPERINTENDENT BENNIE THORPE, in his official capacity, NEW YORK STATE OFFICE OF MENTAL HEALTH, COMMISSIONER ANN MARIE T. SULLIVAN, in her official capacity, RMHU UNIT CHIEF VINCENT LORUSSO, in his official capacity, Governor KATHY HOCHUL, in her official capacity, and THE STATE OF NEW YORK, | |
| Defendants. | |

Megan Drum, Esq., an attorney admitted to practice in New York State and before this Court, herby affirms under penalty of perjury:

1. I am co-counsel for Plaintiffs.

2. Plaintiffs attached the following documents in support of their Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order:

    A. Affidavit of James Dunn

    B. Affidavit of Lacquan Berkley

    C.   Affidavit of Luis Garcia

    D.   Affidavit of Dejour Nesmith

    E.   Affidavit of Gilbert Carrion

    F.   Affidavit of Tyrell Escobar

    G.   Affidavit of Samuel Denis

    H.   Affidavit of Jose Cornejo

    I.   Affidavit of Devin Hoyt

3. Disability Rights New York (DRNY) is the Protection and Advocacy (P&A) agency for individuals with disabilities in New York State.

4. In this capacity, DRNY is authorized under federal and state law to monitor and investigate instances of abuse and neglect of individuals with disabilities if the incidents are reported to the P&A system or if there is probable cause to believe that incidents occurred. 42 U.S.C. § 10805(a)(1)(A); N.Y. Exec. Law § 558(b)(ii)(C).

5. On July 30, 2025, DRNY notified the New York State Department of Corrections and Community Supervision ("DOCCS") that it had received complaints alleging that individuals with disabilities are being subjected to abuse and/or neglect in Marcy Correctional Facility's (Marcy's) Regional Mental Health Unit (RMHU) and DRNY would be investigating.

6. On August 6, 2025, DRNY conducted a P&A investigative visit to Marcy Correctional Facility.

7. During the investigative visit, cell-side visits were made to each individual who wished to speak with investigators.

8.  All individuals on the unit were confined to a small, single cell with a single-occupancy outdoor space.

9.  The outdoor space was a narrow room surrounded by a cage-like fence and was a single-occupancy space.

10. The outdoor space is being used as an outdoor recreation space.

11. The outdoor space is not a congregate recreational space and is large enough for any recreational activity except for standing or pacing.

12. On August 6, 2025, Marcy RMHU galleries were extremely hot, with only one or two fans placed outside the cells. Air did not flow freely throughout the galleries, and no incarcerated individual was observed to have a means of controlling the temperature within their cells (such as a fan).

13. Cell doors have a small opening covered by a grate.

14. This is the only means for the incarcerated individuals to communicate with DOCCS and OMH staff while in the cell.

15. In one alarming instance, an individual was screaming "SUICIDE" at a very loud volume that could be heard throughout the gallery.

16. No DOCCS staff responded for approximately 2-5 minutes.

17. OMH staff took even longer to come observe the individual and assess them for a mental health crisis.

18. When OMH staff came to observe, the individual was seen only briefly cell-side and was not taken out of the cell for any further observation or therapeutic measures.

19. Sixty individuals reported that they were not receiving any out of cell mental health counseling, or the opportunity to speak to their offender rehabilitation coordinator or OMH counselor except for brief conversations cell-side.

20. Due to the volume within the galleries having a private conversation cell-side was nearly impossible to achieve.

21. Individuals reported that the conditions of the RMHU contributed to their worsening mental health – they expressed a desire to be able to engage in therapeutic programming, or at least the opportunity to speak privately with a mental health professional.

22. Over twenty individuals reported wanting to receive mental health treatment, and reported making repeated requests for treatment, but being denied by DOCCS staff.

23. Sixty individuals reported that since they had been housed in the RMHU, they had not received any programming outside of their cells.

24. Individuals were visibly distraught by the lack of programming.

25. Individuals reported experiencing deteriorating mental health due to the lack of general programming, such as GED classes.

26. Some individuals reported that the lack of programming also contributed to being incarcerated past their conditional release dates, as they are unable to gain "good time" because they are unable to participate in programming.

27. Individuals report that in the RMHU they are not permitted to participate in programming outside of their cells, so they are not given the opportunity to engage in positive behaviors that would allow them to gain "good time," as well as giving them the opportunity to better themselves in preparation for their releases.

28. Individuals complained about a lack of congregate recreational time which left them feeling isolated and, in some instances, hopeless.

29. Four individuals reported that the lack of human interaction and near total isolation was leading to suicidal ideation and thoughts of hopelessness.

30. Three individuals reported that they were on hunger strikes to protest the conditions they were currently experiencing.

31. Several individuals reported either attempting suicide or observing another individual who attempted suicide.

32. The day before the investigatory visit (August 5, 2025) an individual attempted suicide by hanging.

33. DRNY's findings letter sought immediate redress of their findings.

34. DRNY provided a response deadline of August 29, 2025.

35. DRNY stated that if Defendants did not respond by August 29, 2025, further legal action may result.

36. On August 29, 2025, DOCCS' Office of Counsel sent an email to DRNY stating that it acknowledged DRNY's findings letter, and that it would be addressed the following week.

37. In order to determine if the findings had been remedied, DRNY visited Marcy again on September 3, 2025.

38. Conditions remained the same as originally observed on August 6, 2025.

39. On September 5, 2025, DRNY received a response to its findings letter from Danielle Medbury, Acting Superintendent of Marcy.

40. The letter did not indicate Defendants' intention to resolve any of the issues investigators observed or Plaintiffs complained of.

41. I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

DATED: September 8, 2025

Rensselaer, NY

By: _____

Megan Drum, Esq.

# Exhibit A

I, **James Dunn**, hereby affirm under the penalty of perjury as follows:

1.  My name is James Dunn, and my DIN is 22-B-1638

2.  I am over the age of 18.

3.  I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since April, 19, 2022.

4.  I received a sentence of twenty-five years, and my parole eligibility date is November 9, 2041.

5.  I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility (Marcy), 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

6.  I have been housed on the RMHU since on or about ___May, 2025___

7.  I have a serious mental illness and am classified as an OMH Level 1S. I have been diagnosed with ___Bipolar PTSD ADHD___.

8.  On July 2, 2025, I attempted suicide by hanging myself. I attempted suicide because the conditions in the Marcy RMHU are inhumane.

9.  I was taken to an outside hospital via ambulance after the guards discovered me and cut me down.

10. After I was released from the outside hospital, I was transferred to Five Points Correctional Facility, where I was placed on "suicide watch."

11. When I returned to the Marcy RMHU, I was not given a "call-out" to see an OMH counselor, doctor, or psychiatrist.

12. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have only been taken out of cell to speak with mental health on August 6, 2025. Otherwise, I have not been taken out of my cell to get mental health treatment.

13. I have filed grievances about the extended isolation and have been told they are short on staff.

14. When staff delivers my mental health medication, they do not watch to confirm I am taking mental health medication.

15. I am concerned that I may keep mental health medication and try to commit suicide by overdosing, so I frequently refuse mental health medication.

16. My neck hurts from when I hung myself. I have requested sick call eight separate times but have received no response.

17. My mental health is getting worse because of being confined to my cell. I do not know how much longer I can survive this treatment. I have had thoughts about suicide since I have been in Marcy's RMHU.

18. I am afraid that further isolation due to the current conditions of the RMHU will lead to me harming myself and continued deterioration of my mental health.

19. There is a door that opens onto a yard balcony attached to my cell so that I can get fresh air, but I have not been taken to outside recreation since I have been here.

20. I am not taken to participate in congregate recreation.

21. Prior to my incarceration at Marcy, I participated in programming at other facilities, and I enjoyed that programming.

I, **JAMES DUNN,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _James Dunn_

**JAMES DUNN**

DATE SIGNED: 9/3/25

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/20__

State of New York ) ss:
County of Oneida
Sworn before me on this 3rd day of September 2025
_Hallie Elizabeth Mitnick_
NOTARY PUBLIC

# Exhibit B

I, **Laquan Berkley**, hereby affirm under the penalty of perjury as follows:

1. My name is Laquan Berkley and my DIN is 23-B-3924

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since September 7, 2023.

4. I received a sentence of 1-3 years, and my release date is June 29, 2026.

5. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

6. I have been housed on the RMHU since on or about May 19, 2025.

7. I have a serious mental illness and am classified as an OMH Level 1S. I have been diagnosed with Bipolar Disorder, Depression, and Attention-deficit/hyperactivity disorder.

8. I have only been out of my cell very rarely since I have been on the RMHU at Marcy.  I was in Fishkill Correctional Facility's Residential Rehabilitation Unit before Marcy and the RHMU at Marcy is so much worse than that.

9. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have not been taken out at all.

10. I am afraid that further isolation due to the current conditions of the RMHU will lead to me potentially harming myself and continued deterioration of my mental health.

11. I have attempted to get medical treatment by putting in "sick call" slips, but I have not been taken to see a medical doctor/nurse. I have put in approximately thirty or more sick call slips, but I have not been seen by a medical provider.

12. I need to see a medical provider because I should be getting physical therapy for an injury to my ankle. I was receiving physical therapy at Fishkill Correctional Facility, but have not received any since I have been in Marcy's RMHU. I am in a lot of pain on a daily basis.

13. My mental health is getting worse because of being confined to my cell. I feel like I am losing my mind because I cannot leave my cell.

14. There is a door that opens onto a yard balcony so that I can get fresh air, but I have not been taken to outside recreation since I have been here. When I arrived, the outside area was very dirty, and I have not been given any cleaning supplies to clean it.

15. I have not gotten fresh linens since I arrived at Marcy's RMHU. My linens have not been washed.

16. Prior to my incarceration at Marcy, I participated in programming at Fishkill, and I enjoyed that programming.

17. I have filed multiple grievances, but I usually do not receive a response from DOCCS. I am not sure if my grievances are being properly filed by DOCCS.

18. I also do not have access to the law library or any congregate recreation.

I, **LAQUAN BERKLEY,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _LaquanBerkley_

**LAQUAN BERKLEY**

DATE SIGNED: 9 | 3 | 25

Notary Public Sign Below:

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/20__

STATE OF NEW YORK ) ss.:

COUNTY OF _Oneida_

Sworn to before me on this 3rd day of _September_ , 20_25_

_Hallie Elizabeth Mitnick_
Notary Public

Exhibit C

I, **Luis Garcia**, hereby affirm under the penalty of perjury as follows:

1. My name is Luis Garcia, and my DIN is 18-A-4619

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since December 7, 2018.

4. I received a sentence of 23-27 years, and my parole eligibility date is January 3, 2040.

5. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility (Marcy), 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

6. I have been housed on the RMHU since on or about April 14, 2025.

7. I have a serious mental illness and am classified as an OMH Level 1SV. I have been diagnosed with anti-social personality disorder.

8. I have very rarely been allowed to leave my cell since I have been on the RMHU at Marcy. Prior to coming to Marcy, I was in Clinton Correctional Facility and the RHMU at Marcy is so much worse than that.

9. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have not been taken out at all to attend mental health programming or treatment.

10. I have attempted to get medical treatment by putting in "sick call" slips, but I have not been taken to see a medical doctor/nurse. I have put in approximately 10 sick call slips in the last two months, and I have not been taken to see a doctor or nurse.

11. My mental health is getting worse because of being confined to my cell. I do not know how much longer I can survive this treatment. I have had thoughts about suicide since I have been in Marcy's RMHU.

12. I am afraid that further isolation due to the current conditions of the RMHU will lead to me potentially harming myself and continued deterioration of my mental health.

13. There is a door that opens onto a yard balcony attached to my cell so that I can get fresh air, but I have not been taken to outside recreation since I have been here.

14. I am not taken to participate in congregate recreation.

15. Prior to my incarceration at Marcy, I participated in programming at other facilities, and I enjoyed that programming.

16. Despite writing multiple grievances about the conditions at Marcy's RMHU, I have not received a response from DOCCS.

17. I also do not have access to the law library or a tablet where I can do legal research.


I, **LUIS GARCIA,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _____

**LUIS GARCIA**

DATE SIGNED: 9/3/25

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:

COUNTY OF Oneida

Sworn to before me on this 3rd day of September , 20 25

_____
Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/20__

Exhibit D

I, **Dejour Nesmith**, hereby affirm under the penalty of perjury as follows:

1. My name is Dejour Nesmith and my DIN is 16-B-2650.

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since September 16, 2016.

4. I received a sentence of 23-26 years, and my parole eligibility date is September 29, 2038

5. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

6. I have been housed on the RMHU since on or about February 24, 2024.

7. I have a serious mental illness and am classified as an OMH Level 1S. I have been diagnosed with anti-social personality disorder.

8. I have very rarely been let out of my cell since I have been on the RMHU at Marcy. I was in the BHU at Great Meadow Correctional Facility and the RHMU at Marcy is so much worse than that.

9. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have not been taken out at all.

10. I have attempted to get medical treatment by putting in "sick call" slips, but I have not been taken to see a medical doctor/nurse. I sometimes submit five or six sick call slips in a week, but I am still not taken to see a medical professional.

11. My mental health is getting worse because of being confined to my cell. I have had thoughts about suicide since I have been in Marcy's RMHU.

12. I am afraid that further isolation due to the current conditions of the RMHU will lead to me potentially harming myself and continued deterioration of my mental health.

13. There is a door that opens onto a yard balcony so that I can get fresh air but I have not been taken to outside recreation since I have been here. Going outside is traumatizing for me because other individuals often throw feces and other bodily fluids.

14. Because of the terrible conditions at Marcy's RMHU, I was on a hunger strike from on or about May 23, 2025, until on or about July 31, 2025. I only stopped the hunger strike because I was told there was a court order to force-feed me.

15. I was brought to the Auburn infirmary because of the hunger strike, and then to Coxsackie Correctional Facility for a short time. I saw a mental health professional every day when I was at Coxsackie. I did not want to come back to Marcy's RMHU because the conditions are so bad, I rarely get to leave my cell, and I do not get to speak to a mental health counselor in private.

16. When I first came to Marcy in 2024, I received out-of-cell programming. Since approximately February 2025, I have not received out-of-cell programming.

17. I have submitted approximately ten to fifteen grievances, but I do not receive responses for most of them. I do not know if the grievances are being filed with the grievance office.

18. I also do not have access to the law library or any congregate recreation.

I, **DEJOUR NESMITH,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _____

**DEJOUR NESMITH**

DATE SIGNED: 09/03/2025

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:

COUNTY OF ___Oneida_____

Sworn to before me on this 3rd day of September , 2025

_____
Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/2027

# Exhibit E

I, **Gilbert Carrion**, hereby affirm under the penalty of perjury as follows:

1. My name is **Gilbert Carrion** and my DIN is 10A3517.

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since 2010.

4. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

5. I have been housed on the RMHU since on or about Tuesday July 22, 2025.

6. I have a serious mental illness and am classified as OMH Level 1s. I have been diagnosed with schizoaffective disorder – Bipolar Type.

7. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have not been taken out of my cell at all.

8. I am afraid that further isolation due to the current conditions of the RMHU will lead to me harming myself and continued deterioration of my mental health.

9. I filed a written grievance about not being taken out of my cell.  A lieutenant came to see me and said I am not being taken out of my cell because there are not enough staff.

10. I have not been taken to outside recreation since I have been here. There is a door that opens onto a caged balcony so that I can get fresh air but it is not the same as going outside.

I, **Gilbert Carrion,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _M Gilbert Carrion_

**Gilbert Carrion**
DATE SIGNED: _Sept. 3, 2025_

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:
COUNTY OF _Oneida_

Sworn to before me on this 3rd day of September , 2025

*Hallie Elizabeth Mitnick*
Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/20 27

Exhibit F

I, **Tyrell Escobar**, hereby affirm under the penalty of perjury as follows:

1. My name is **Tyrell Escobar** and my DIN is 22B3424.

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since August 9, 2022.

4. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

5. I have been housed on the RMHU since on or about April 2025.

6. I have a serious mental illness and am classified as OMH Level 1S. I have been diagnosed with PTSD, Manic Depression, Insomnia and Borderline Personality Disorder.

7. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have not been taken out of my cell in months.

8. I am afraid that further isolation due to the current conditions of the RMHU will lead to me harming myself and continued deterioration of my mental health.

9. Prior to my incarceration at Marcy, I have participated in mental health programming at and found it to be helpful. I did programming at the Great Meadow BHU.

10. I have not been taken to outside recreation since I have been here. There is a door that opens onto a caged balcony so that I can get fresh air but it is not the same as going outside.

11. On August 8, 2025, Officer Robert Deep III assaulted me. He called me a "fucking nigger" and slammed my fingers in the window of the cell door. The ring finger on my right hand appears to be fractured and my middle finger is bruised and crooked. There was a lot of blood. I have received little to no medical attention. ~~I have not gotten X-rays and it has been almost two weeks.~~ I finally got x-rays after three weeks. My hand still hurts very much. *TE*

12. On multiple occasions this same officer has antagonized me and threatened me.

I, **Tyrell Escobar,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _Tyrell Escobar_

**Tyrell Escobar**

DATE SIGNED: _September 3rd, 2025_

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:
COUNTY OF _Oneida_
Sworn to before me on this day of _September_, 20_25_

_Hallie Elizabeth Mitnick_
Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/2027

Exhibit G

I, **Samuel Denis,** hereby affirm under the penalty of perjury as follows:

1. My name is **Samuel Denis** and my DIN is 23B1707.

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since April 16, 2023.

4. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

5. I have been housed on the RMHU over one year.

6. I have a serious mental illness and am classified as OMH Level 1S. I have been diagnosed with paranoid schizophrenia. I was diagnosed at age 17. I have also been diagnosed with Bipolar Disorder.

7. I have only been out of my cell a few times since I have been on the RMHU at Marcy. I have not been taken to outside recreation since I have been here. There is a door that opens onto a caged balcony so that I can get fresh air but it is not the same as going outside.

8. I am afraid that further isolation due to the current conditions of the RMHU will lead to me potentially harming myself and continued deterioration of my mental health.

I, **Samuel Denis,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X _____
**Samuel Denis**

DATE SIGNED: _9-3-2025_

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:
COUNTY OF _Oneida_
Sworn to before me on this day of _September_ , 20 _25_

_____
Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/20 27

# Exhibit H

I, **Jose Cornejo**, hereby affirm under the penalty of perjury as follows:

1. My name is **Jose Cornejo** and my DIN is 16-A-0980.

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since ~~April 30, 2024.~~ March, 2016 JC

4. I am currently housed in the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

5. I have been housed on the RMHU since approximately February ~~2025.~~ May 2024 JC

6. I have a serious mental illness and am classified as an OMH Level 1S.

7. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment, but I have not been taken out of my cell for mental health treatment since approximately February 2025.

8. I am afraid that further isolation due to the current conditions of the RMHU will lead to me potentially harming myself and continued deterioration of my mental health.

9. Prior to my incarceration at Marcy, I participated in programming at Five Points Correctional Facility, and I enjoyed that programming.

10. I have not been taken to outside recreation since I have been here. There is a door that opens onto a caged balcony so that I can get fresh air but it is not the same as going outside.

11. I was on a hunger strike to try to get DOCCS to change the conditions on the RMHU at Marcy. No one forced me to eat during my hunger strike. I was not evaluated by a medical professional outside of my cell while I was on the hunger strike. I was not taken to a hospital or taken to a mental health professional while I was on the hunger strike.

12. I hear other incarcerated individuals talking about wanting to kill themselves. On or about July 2, 2025, I witnessed another incarcerated individual screaming loudly asking for mental health assistance because he was in a crisis. DOCCS staff did not call for any mental health assistance, and that incarcerated individual tried to kill himself by hanging himself after trying to get help.

I, **Jose Cornejo,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X_____

**Jose Cornejo**

DATE SIGNED: _09 /03 /2025_

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:
COUNTY OF Oneida
Sworn to before me on this day of  September , 20 25

Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/2027

# Exhibit I

I, **Devin Hoyt**, hereby affirm under the penalty of perjury as follows:

1. My name is Devin Hoyt and my DIN is 18A3890.

2. I am over the age of 18.

3. I have been incarcerated at the New York State Department of Corrections and Community Supervision (DOCCS) since 2018.

4. I received a sentence of Life but my parole eligibility date is October 12, 2029.

5. I am currently housed on the Residential Mental Health Unit (RMHU) at Marcy Correctional Facility, 9000 Old River Road, Marcy, New York, 13403 in Oneida County.

6. I have been housed on the RMHU since on or about June 18, 2025.

7. I have a serious mental illness and am classified as OMH Level 1S.

8. I have not been out of my cell since I have been on the RMHU at Marcy. I was in "the box" at Auburn Correctional Facility and the RHMU at Marcy is so much worse than that.

9. I am supposed to be getting mental health treatment and getting out of my cell to attend groups and treatment but have not been taken out at all.

10. Prior to my incarceration at Marcy, I participated in programming at Great Meadow and found it to be extremely helpful.

11. My mental health is getting worse because of being confined to my cell. There is a door that opens onto a caged balcony so that I can get fresh air but I have not been taken to outside recreation since I have been here.

12. I am afraid that further isolation due to the current conditions of the RMHU will lead to me potentially harming myself and continued deterioration of my mental health.

13. I also do not have access to the law library or my law library tablet.

14. Visitation with my family is being interfered with. Two out of the last four times that my wife came to visit me she was not allowed in and was not given a reason.

15. I have filed numerous grievances about the conditions on the RMHU at Marcy and DOCCS staff have repeatedly refused to give me a grievance log number.

16. To date, none of my grievances have been answered.

I, **DEVIN HOYT,** affirm that the contents of this affidavit are true and correct based upon my own knowledge.

X D. Hoyt

DEVIN HOYT

DATE SIGNED: 9·3·25

Notary Public Sign Below:

STATE OF NEW YORK ) ss.:
COUNTY OF Oneida

Sworn to before me on this day of September , 2025

Hallie Elizabeth Mitnick

Notary Public

HALLIE ELIZABETH MITNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI0000983
Qualified in Tompkins County
Commission Expires 02/2027