UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DUNN, LACQUAN BERKLEY, LUIS GARCIA, DEJOUR NESMITH, GILBERT CARRION, TYRELL ESCOBAR, SAMUEL DENIS, JOSE CORNEJO, and DEVIN HOYT; individually and on behalf of all similarly situated individuals, | Civil Case No.   9:25-CV-1242 |
| Plaintiffs, | ORDER |
| -against- | |
| NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, COMMISSIONER DANIEL F. MARTUSCELLO III, in his official capacity, SUPERINTENDENT BENNIE THORPE, in his official capacity, NEW YORK STATE OFFICE OF MENTAL HEALTH, COMMISSIONER ANN MARIE T. SULLIVAN, in her official capacity, RMHU UNIT CHIEF VINCENT LORUSSO, in his official capacity, Governor KATHY HOCHUL, in her official capacity, and THE STATE OF NEW YORK, | |
| Defendants. | |

WHEREAS on September 8, 2025, Plaintiffs filed a motion for preliminary injunction (Dkt. ___);

IT IS HEREBY ORDERED THAT: Plaintiffs' motion for preliminary injunction is GRANTED. An opinion will follow. Defendants are directed to immediately resume access to programs, services and activities for incarcerated individuals housed at Marcy Correctional Facility's RMHU, including providing individual incarcerated in the Marcy RMHU with at least one hour daily of out-of-cell recreation in a congregate setting and providing every individual

incarcerated in the Marcy RMHU with at least six additional hours of daily congregate out-of-cell time consisting of some combination of: therapeutic programming, recreation, and/or meals.

SO ORDERED.

Date: September \_\_\_\_, 2025                               _____
                                                                                United States District Judge