UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**JAMES DUNN,** *individually and on behalf of all similarly situated individuals*; **LACQUAN BERKLEY,** *individually and on behalf of all similarly situated individuals*; **LUIS GARCIA,** *individually and on behalf of all similarly situated individuals*; **DEJOUR NESMITH,** *individually and on behalf of all similarly situated individuals*; **GILBERT CARRION,** *individually and on behalf of all similarly situated individuals*; **TYRELL ESCOBAR,** *individually and on behalf of all similarly situated individuals*; **SAMUEL DENIS,** *individually and on behalf of all similarly situated individuals*; **JOSE CORNEJO,** *individually and on behalf of all similarly situated individuals*; and **DEVIN HOYT,** *individually and on behalf of all similarly situated individuals*,

                    **Plaintiffs,**

  vs.                                                                                    9:25-cv-1242
                                                                                                       (MAD/DJS)

**NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; COMMISSIONER DANIEL F. MARTUSCELLO, III,** *in his official capacity*; **SUPERINTENDENT BENNIE THORPE,** *in his official capacity*; **ANN MARIE T. SULLIVAN,** *New York State Office of Mental Health Commissioner, in her official capacity*; **RMHU UNIT CHIEF VINCENT LORUSSO,** *in his official capacity*; **GOVERNOR KATHY HOCHUL,** *in her official capacity*; **THE STATE OF NEW YORK; and NEW YORK STATE OFFICE OF MENTAL HEALTH,**

                    **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **PRISONER LEGAL SERVICES OF NEW YORK**<br>14 Lafayette Square, Suite 510<br>Buffalo, New York 14203<br>Attorneys for Plaintiffs | **ANDREW A. STECKER, ESQ.**<br>**HALLIE E. MITNICK, ESQ.** |
| **DISABILITY RIGHTS NEW YORK** | **JESSICA L. RICHWALDER, ESQ.** |

44 Exchange Boulevard, Suite 110
Rochester, New York 14614
Attorneys for Plaintiffs

| | |
|---|---|
| **PRISONER LEGAL SERVICES OF NEW YORK** | **MARINA JERRY, ESQ.** **SARA JENSEN, ESQ.** |
| 41 State Street – Suite M112 Albany, New York 12207 Attorneys for Plaintiffs | |
| **DISABILITY RIGHTS NEW YORK** | **MEGAN DRUM, ESQ.** **MOLLY J. PARIS, ESQ.** |
| 279 Troy Road Ste 9, #236 Rensselaer, New York 12144 Attorneys for Plaintiffs | |

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER TO SHOW CAUSE

Upon review of Plaintiffs' Complaint, the *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction, and the accompanying exhibits, the Court hereby

**ORDERS** that Plaintiffs' request for an *ex parte* temporary restraining order is **DENIED**; and the Court further

**ORDERS** that Defendants shall show cause before this Court, United States District Court for the Northern District of New York, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, **Wednesday, September 17, 2025, at 10:00 a.m.,** or such other date as may be fixed by the Court why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued enjoining Defendants in the manner requested in Plaintiffs' motion; and the Court further

**ORDERS** that answering papers, if any, be filed by Defendants with this Court and served upon Plaintiffs' counsel on or before **Monday, September 15, 2025, at 10:00 a.m.,** and reply

papers shall be filed and served on or before **Tuesday, September 16, 2025, at 5:00 p.m.**; and the Court further

**ORDERS** that personal service of a copy of this Order, the Summons and Complaint, and the Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, upon Defendants or their Counsel, on or before **Wednesday, September 10, 2025, at 11:00 a.m.**, shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED.**

Dated: September 9, 2025
      Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge

3