| | |
|---|---|
| State of: | New York |
| Court: | U.S. District |
| County/District: | Northern Dist. |
| Index No.: | 9:25-CV-1242(MAD/DJS) |
| Date Filed: | 9/8/2025 |

**Affirmation of Service**

**Plaintiff(s):** JAMES DUNN, LACQUAN BERKLEY, ET AL

**Defendant(s):** NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ET AL

_____**THOMAS WAINMAN**_____, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of __**New York**__

On __**SEPTEMBER 9, 2025**__ at __**2:05 PM**__, I served the SUMMONS IN CIVIL ACTION, COMPLAINT, EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, ORDER TO SHOW CAUSE

to **ANN MARIE T. SULLIVAN COMMISSIONER OF NEW YORK STATE OFFICE OF MENTAL HEALTH**

at. __**44 HOLLAND AVE., ALBANY, NY 12229**__

in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of said documents to __**BETHANY STEVEN / ASST. ATTORNEY**__, an Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of ANN MARIE T. SULLIVAN COMMISSIONER OF NEW YORK STATE OFFICE OF MENTAL HEALTH and received an affirmative reply. An approximate description is as follows:

Gender __**FEMALE**__ Race __**WHITE**__ Hair __**BROWN**__ Approx.Age __**36 - 50 YRS.**__ Approx.Height __**5' 9" - 6' 0"**__
Approx. weight __**131 - 160 LBS.**__ Other _____

I affirm on __**SEPTEMBER 10, 2025**__, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

x _____
THOMAS WAINMAN

Attorney File # **DUNN**                                                                                       2536855