STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 15, 2025

<u>Via ECF</u>
Hon. Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2936

Re: *Dunn et al. v. New York State Department of Corrections and Community Supervision et al.*, 9:25-cv-1242 (MAD/DJS)

Dear Judge D'Agostino:

This Office represents Defendants in the above-referenced matter. On September 8, 2025, Plaintiffs moved for a temporary restraining order and preliminary injunction. Dkt. No. 5. Defendants were ordered to respond to that emergency motion by 5:00 P.M. today. Dkt. No. 19. In lieu of a formal response, Defendants write with the consent of Plaintiffs to advise that the parties have reached a resolution with respect to the pending motion for a preliminary injunction.

The parties consent to entry of the attached proposed Order and request that the Court so order the same.

Thank you for your attention to this matter and courtesy in this regard.

Respectfully,
By s/ *Benjamin L. Loefke*
Benjamin L. Loefke
Assistant Attorney General, of Counsel
Bar Roll No. 516796
Telephone: (518) 776-2739
Email: Benjamin.Loefke@ag.ny.gov

Cc:   Counsel of record (*via ECF*)