UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JAMES DUNN, LACQUAN BERKLEY, LUIS GARCIA, DEJOUR NESMITH, GILBERT CARRION, TYRELL ESCOBAR, SAMUEL DENIS, JOSE CORNEJO, and DEVIN HOYT; individually and on behalf of all similarly situated individuals,

                          *Plaintiffs*,

-against-

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; COMMISSIONER DANIEL F. MARTUSCELLO III, in his official capacity; SUPERINTENDENT BENNIE THORPE, in his official capacity; NEW YORK STATE OFFICE OF MENTAL HEALTH COMMISSIONER ANN MARIE T. SULLIVAN, in her official capacity; RMHU UNIT CHIEF VINCENT LORUSSO, in his official capacity; Governor KATHY HOCHUL, in her official capacity; and THE STATE OF NEW YORK,

                          *Defendants*.

_____

**ORDER**

9:25-CV-1242

(MAD/DJS)

       WHEREAS on September 8, 2025, Plaintiffs moved for a temporary restraining order and preliminary injunction (ECF No. 5).

       IT IS HEREBY ORDERED that Plaintiffs' motion for a preliminary injunction is GRANTED on consent as follows:

Defendants are directed to immediately provide all individuals incarcerated in Marcy Correctional Facility's Residential Mental Health Unit ("RMHU") access to:

1. Four hours of structured out-of-cell therapeutic programming and/or mental health treatment Monday through Friday; AND
2. Three hours of out-of-cell congregate programming, services, treatment, recreation, activities, and/or meals; AND
3. One additional hour of recreation, for a total of seven hours out-of-cell on a daily basis. Since there is no structured therapeutic programming on the weekend, individuals will be afforded a full seven hours of out-of-cell congregate programming, services, treatment, recreation, activities, and/or meals.

Defendants shall within five weeks from today conduct out-of-cell mental health evaluations for all consenting incarcerated individuals in Marcy Correctional Facility's RMHU in addition to regular mental health care.

IT IS FURTHER ORDERED, given the PLRA's provision for automatic expiration of preliminary injunction relief ninety days after its entry, before the expiration of the preliminary injunction, the parties shall either

1. Stipulate that the preliminary injunction shall remain in effect for an additional ninety days; OR
2. Submit a proposed briefing schedule for Plaintiffs' motion to renew the preliminary injunction for an additional ninety days.

IT IS SO ORDERED.

Date: September ____, 2025

_____
Hon. Mae A. D'Agostino
United States District Judge